UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:24-cr-45-RBD-DCI
18 U.S.C. § 371

JOHN BORGELA

## INFORMATION

The United States Attorney charges:

### General Allegations

At all times relevant to this Information:

1. The defendant JOHN BORGELA ("BORGELA") and PHEDSON DORE ("DORE") conspired to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of the Internal Revenue Service ("IRS") in the ascertainment, computation, assessment and collection of the revenue: to wit, income taxes. BORGELA and DORE did so by preparing and causing to be prepared and filing and causing to be filed tax returns for their clients with the following fabricated items, among others: itemized deductions and federal income tax withholdings. These false and fraudulent items resulted in the fraudulent reduction of the tax liabilities and the receipt of fraudulently inflated refunds for their clients.

2. BORGELA was residing in the United States in Orlando, Florida, in the Middle District of Florida.

3. The IRS was an agency of the U.S. Department of the Treasury responsible for the administration of the tax laws of, and the collection of taxes owed to, the United States.

4. An Electronic Filing Identification Number ("EFIN") was a unique, non-transferable identification number assigned by the IRS to a firm that had completed an IRS e-file application to become an authorized IRS e-file provider and had passed a suitability check, in order to provide electronic tax return filing services to clients.

5. A Preparer Tax Identification Number ("PTIN") was a number assigned by the IRS to tax return preparers who were compensated for preparing tax returns. To obtain a PTIN, an individual was required to submit an application to the IRS.

6. BORGELA and DORE operated a tax preparation business in Orlando, Florida with locations on West Oak Ridge Road and South Orange Blossom Trail. BORGELA and DORE charged clients over $300 per tax return prepared and prepared hundreds of tax returns each year from January 1, 2017 up to and including December 31, 2020.

## COUNT ONE
### (Conspiracy to Defraud the United States)

7.  Paragraphs 1 through 6 of this Information are re-alleged and incorporated herein.

8.  From on or about January 1, 2017, and continuing thereafter up to and including December 31, 2020, in the Middle District of Florida, the defendant,

JOHN BORGELA,

did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree with DORE and with other individuals both known and unknown to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

### Objects of the Conspiracy

9.  It was the purpose and object of the conspiracy to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes. In order to defraud the United States, BORGELA and DORE intended to prepare and file false tax returns that fraudulently decreased the clients' tax liabilities and

fraudulently increased the clients' refunds. By so doing, BORGELA and DORE intended to unjustly enrich themselves by increasing their client base and collecting larger preparation fees.

### Manner and Means

10. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

11. BORGELA and DORE aided and assisted in the filing of false U.S. Individual Income Tax Returns for clients which contained false and fraudulent items. The false and fraudulent items included but were not limited to: itemized deductions and federal income tax withholdings.

12. Regarding federal income tax withholdings, BORGELA and DORE collected Forms W-2 from clients and then reported on the clients' tax returns federal income tax withheld ("withholdings") in amounts greater than what the Forms W-2 reported. BORGELA and DORE did not discuss the inflated withholdings with their clients.

13. Regarding itemized deductions, BORGELA and DORE reported on the clients' tax returns unreimbursed expenses, medical and dental expenses ("medical expenses"), and gifts to charity by cash or check ("cash contributions") in amounts that were greater than what the clients reported to

BORGELA and DORE. BORGELA and DORE did not discuss the inflated deductions with the clients.

14. BORGELA and DORE obscured their involvement in the preparation of false tax returns by sometimes filing returns using the EFINs and PTINs of others. Rather than obtaining and filing tax returns under an EFIN for their tax preparation business, BORGELA and DORE paid others to use the EFINs belonging to other tax preparation businesses.

15. BORGELA and DORE hired employees to work at their tax preparation business, recruit clients, and enter basic client data on tax return software. BORGELA and DORE also instructed employees to obtain PTINs. BORGELA and DORE completed and filed false tax returns using their employees' PTINs; employees did only basic data entry, such as entering a client's name or social security number, whereas BORGELA and DORE added false items and ultimately filed false returns.

16. Generally, the tax preparation fees were taken directly from the clients' tax refunds and were deposited into bank accounts controlled by DORE. DORE withdrew cash from those bank accounts and paid BORGELA and other employees in cash for preparing returns at the tax preparation business.

## Overt Acts

17. In furtherance of the conspiracy and to effect the objects thereof, at least one of the co-conspirators committed and caused to be committed, in the Middle District of Florida, and elsewhere, at least one of the following overt acts, among others:

18. On or about the following dates, BORGELA prepared and filed false and fraudulent U.S. Individual Income Tax Returns, Forms 1040 and 1040A, for the clients and tax years set forth below, among others:

| Filing Date | Year | Client | False Item |
|---|---|---|---|
| 1/27/18 | 2017 | G.V. | (a) unreimbursed expenses<br>(b) cash contributions<br>(c) withholdings |
| 2/23/19 | 2018 | G.V. | (a) medical expenses<br>(b) cash contributions<br>(c) withholdings |
| 2/2/20 | 2019 | G.V. | (a) medical expenses<br>(b) cash contributions<br>(c) withholdings |
| 2/2/19 | 2018 | W.J. | (a) medical expenses<br>(b) cash contributions<br>(c) withholdings |
| 2/2/19 | 2018 | B.R. | (a) medical expenses<br>(b) withholdings |
| 1/17/17 | 2016 | B.D. | (a) unreimbursed expenses<br>(b) cash contributions<br>(c) withholdings |
| 1/27/18 | 2017 | B.D. | (a) unreimbursed expenses<br>(b) cash contributions<br>(c) withholdings |
| 1/28/19 | 2018 | B.D. | (a) medical expenses<br>(b) cash contributions<br>(c) withholdings |

| 2/12/20 | 2019 | J.W. | (a) medical expenses<br>(b) cash contributions<br>(c) withholdings |
| 1/26/18 | 2017 | A.E. | (a) unreimbursed expenses<br>(b) withholdings |
| 1/18/19 | 2018 | A.E. | (a) withholdings |

All in violation of 18 U.S.C. § 371.

ROGER B. HANDBERG
United States Attorney

By: *(signature)*

Marissa Brodney
Brian Flanagan
Trial Attorneys
U.S. Dep't of Justice, Tax Division

By: *(signature)*

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division